IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-626

| | |
|---|---|
| RAY E. HAIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING CONSENT** |
| TOWN OF MICRO, TOWN OF MICRO ) | **MOTION TO SUBSTITUTE** |
| POLICE DEPARTMENT, OFFICER ) | **PARTY** |
| MATTHEW B. CREECH, in his individual ) | |
| and official capacity, CHIEF T. M. JONES, ) | |
| in his official capacity; ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Consent Motion of Marian L. Hail, in her capacity as Representative of the Estate of Plaintiff Ray E. Hail, and Defendants Town of Micro, Town of Micro Police Department, Officer Matthew B. Creech, and Chief T. M. Jones, to substitute Marian L. Hail as Plaintiff in this action following the death of her husband, Ray E. Hail (DE 16).

Based upon the motion and its attachments, it appears to the Court that

Ms. Marian L. Hail is the Personal Representative the Estate of or Successor of Plaintiff Ray E. Hail and is therefore the proper person to be substituted as Plaintiff pursuant to Fed. R. Civ. P. 25(a);

The Motion to Substitute was filed within 90 days of the Suggestion of Death (DE 15); and

The Motion to Substitute is timely, submitted jointly by the Parties, and shows good cause for substitution of the Plaintiff, and should be granted;

THEREFORE, the Parties' Consent Motion to Substitute is GRANTED and IT IS ORDERED that Marian L. Hail, in her capacity as Representative of the Estate of Ray E. Hail, is hereby substituted as Plaintiff to the above-captioned action.

Dated: 4 Sept, 2024

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE